UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANGELA KAIRO-SCIBEK,

        Plaintiff,

v.

WYOMING VALLEY WEST SCHOOL DISTRICT,

        Defendant

Case No. 3:09-CV-01421

(Judge Kosik)

## ORDER

AND NOW, this 24th day of July, 2012, IT IS HEREBY ORDERED THAT:

1. The defendant's Motion to Strike Plaintiff's Counter-Statement of Material Facts (Doc. 54) is GRANTED;

2. The defendant's Motion for Summary Judgment (Doc. 40) is GRANTED;

3. Judgment is hereby entered in favor of the defendant and against the plaintiff;

4. The Clerk of Court is directed to CLOSE this case.

Edwin M. Kosik
United States District Judge

FILED
SCRANTON

JUL 2 4 2012

PER _____
DEPUTY CLERK